# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

      v.                                          Crim. No. 5:09-CR-332-1FL

GHASSAN DAHIR

On May 25, 2012, the above named was placed on supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                              Respectfully submitted,

                                                              /s/Michael C. Brittain  
                                                             Michael C. Brittain  
                                                             Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this  4th  day of  November , 2014.

                                                             Louise W. Flanagan  
                                                             U.S. District Judge